## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven A. Nerger, not individually
but solely as assignee for the benefit of
creditors of Clark Products, Inc. and Clark
Foodservice, Inc.,

          Plaintiff,

v.

Midwest Theaters Corporation, d/b/a CineMagic
Theatres, and Steven L. Tripp,

          Defendants.

Civil No. 10-2533 (DWF/JJK)

**ORDER**

_____

David C. Gustman, Esq., Freeborn & Peters LLP; and Matthew B. Millis, Esq. and
S. Jamal Faleel, Esq., Fredrikson & Byron, PA, counsel for Plaintff.

Jesse H. Kibort, Esq., and David J. Wymore, Esq., Daniels & Wymore, PLLC, counsel
for Defendants.
_____

      This matter is before the Court on a Motion to Strike Defendant's Affirmative Defenses brought by Plaintiff.  (Doc. No. 6.)  Consistent with the Court's comments on the record at the hearing on this matter, the Court orders Defendants to file an amended pleading no later than November 30, 2010.  The Court will, at that time, rule on the pending motion to dismiss as it relates to the amended pleading.

      **SO ORDERED.**

Dated:  October 31, 2010                     s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge